**FILED**

05/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0063

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| **MICHAEL A. SANTACROCE,**<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>**KENNITH G. FERRON,**<br><br>Defendant/Appellant. | **Cause No. DA-22-0063**<br><br>**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE** |

Having read and considered Appellant's Unopposed Motion to Extend Opening Brief Deadline and there appearing good cause therefore, the Motion is hereby GRANTED.

The filing deadline is extended as follows:

**Plaintiff's Opening Brief Due**        June 3, 2022

IT IS SO ORDERED.

ELECTRONICALLY SIGNED AND DATED BELOW.